UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alberto Luis ROCA-Orantes,<br><br>Defendant | Magistrate Docket No.<br><br>'08 MJ 1464<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 7, 2008** within the Southern District of California, defendant, **Alberto Luis ROCA-Orantes,** an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF MAY 2008.

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Alberto Luis ROCA-Orantes

## PROBABLE CAUSE STATEMENT

On May 7, 2008, Border Patrol Agent F. Santos Jr. was performing line watch duties, in the Campo, California area of responsibility. Agent Santos responded to a citizen's report of a group of possible illegal aliens in the vicinity of "Corte Madera", an area located approximately 8 miles east of the Tecate, California Port of Entry and approximately 14 miles north of the U.S./Mexico International Boundary. Undocumented aliens utilize this area as a means of furthering their illegal entry into the United States. Upon arrival to the area agent Santos encountered a total of 2 individuals attempting to conceal themselves in the surrounding brush. One of these individuals was later identified as the defendant **ROCA-Orantes, Alberto Luis**. Agent Santos immediately identified himself as a United States Border Patrol Agent and questioned both of the subjects as to their nationality and immigration status. Both subjects readily admitted to having entered the United States without any immigration or travel documents that would allow them to enter or remain in the United States legally. The defendant further admitted to being a native and citizen of Guatemala. Both subjects were arrested and transported to the Campo Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Guatemala** on **January 29, 2008** through **Phoenix, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to make a statement without an attorney present. The defendant was again questioned regarding his citizenship and immigration status and claimed Guatemalan citizenship by virtue of birth not in possession of the proper documentation to enter or remain legally in the country.